ARTHUR R. STANLEY, Respondent, v. M. SERGEY FRIEDE, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed,

with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.